IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:21CR3127 |
| vs. | ORDER |
| CRAIG A. HOFFMAN, | |
| Defendant. | |

IT IS ORDERED:

1) The motion of Toni Wilson withdraw as counsel of record for Defendant, (Filing No. 17), is granted.

2) Defendant's newly retained counsel, Robert Creager, shall promptly notify Defendant of the entry of this order.

3) The clerk shall delete Toni Wilson from any future ECF notifications herein.

Dated this 10th day of January, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge